■ ANDAMION MURATAJ, Appellant, v DREAM DRAGON PRODUCTIONS, INC., et al., Defendants, and WILLIAM KALATSKY, Also Known as BILL KALATSKY, Respondent. [898 NYS2d 453]—Order, Supreme Court, New York County (Ira Gammerman, J.H.O.), entered January 28, 2009, which, to the extent appealed from as limited by the briefs, upon renewal, granted defendant Kalatsky's motion for summary judgment dismissing the cause of action for tortious interference with contract as against him, unanimously affirmed, with costs.

Since, as the record demonstrates, there was no breach of the contract between plaintiff and his crew, plaintiff's claim of tortious interference with contract fails as a matter of law (*see Lama Holding Co. v Smith Barney*, 88 NY2d 413, 424 [1996]; *Marks v Smith*, 65 AD3d 911, 916 [2009]).

We have considered plaintiff's remaining contentions and find them unavailing. Concur—Tom, J.P., Saxe, Friedman, Nardelli and Catterson, JJ.